AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| WILLIAM WARNER | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 0:19-cv-62756 |
| CONSTANT CONTACT, INC. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Constant Contact, Inc.

Date: 11/25/2019

s/Matthew B. Criscuolo
*Attorney's signature*

Matthew B. Criscuolo, Florida Bar No.: 58441
*Printed name and bar number*

Cozen O'Connor
One North Clematis, Suite 510
West Palm Beach, FL 33401
*Address*

mcrisuolo@cozen.com
*E-mail address*

(561) 515-5263
*Telephone number*

(561) 515-5230
*FAX number*