UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-62756-CIV-SINGHAL

WILLIAM WARNER, individually and
on behalf of all others similarly situated,

    Plaintiff,

v.

CONSTANT CONTACT, INC.,

    Defendant.
_____

## CERTIFICATION AND ORDER OF TRANSFER

THIS CAUSE is before the undersigned upon United States District Judge Jose E. Martinez' Order of Reassignment to United States District Judge Raag Singhal. (ECF No. 10) The undersigned hereby certifies that there are no pending referred motions in this cause. Therefore, it is hereby

ORDERED that the Clerk of the Court transfer assignment of this case to Judge Raag Singhal's paired Magistrate Judge.

DONE AND ORDERED at Fort Lauderdale, Florida, this 8th day of January, 2020.

                                                LURANA S. SNOW
                                                UNITED STATES MAGISTRATE JUDGE

Copies to:

All Counsel of Record and/or Pro Se Parties