## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No.: 0:19-CV-62756-AHS

| | |
|---|---|
| WILLIAM WARNER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CONSTANT CONTACT, INC.,<br><br>    Defendant. | CLASS ACTION |

### [PROPOSED] ORDER ON DEFENDANT CONSTANT CONTACT, INC.'S MOTION TO DISMISS FIRST AMENDED COMPLAINT

Having reviewed Constant Contact, Inc.'s Motion to Dismiss First Amended Complaint and Accompanying Memorandum of Law ("Motion to Dismiss"), and good cause appearing therefore,

**IT IS ORDERED** that the Motion to Dismiss is **GRANTED** and Plaintiff's First Amended Complaint is **DISMISSED** with prejudice.

**SO ORDERED** this _____ day of February _____, 2020.

_____
Honorable Raag Singhal
United States District Judge