UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-62756-CIV-SINGHAL

WILLIAM WARNER,

    Plaintiff,

v.

CONSTANT CONTACT, INC.,

    Defendant,
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Plaintiff's Notice of Voluntary Dismissal with Prejudice (DE [27]), filed April 1, 2020, and the parties' Notice of Settlement (DE 26]), filed March 31, 2020. The Court having reviewed the notices and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that this cause shall stand **DISMISSED WITH PREJUDICE**. The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 1st day of April 2020.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF